■ PETER D. WATERMAN et al., Appellants, v CNH AMERICA LLC et al., Respondents. CNH AMERICA LLC, Third-Party Plaintiff, v WOODS EQUIPMENT COMPANY, Third-Party Defendant-Respondent. [51 NYS3d 913]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered July 8, 2015. The order granted in part the motions of defendants and the cross motion of third-party defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: We conclude, for reasons stated in the decision at Supreme Court, that the motions of defendant-third-party plaintiff, CNH America LLC, and defendant Monroe Tractor & Implement Co., Inc. and the cross motion of third-party defendant were properly granted to the extent that they sought summary judgment dismissing plaintiffs' claims for failure to warn. Any other issues raised by plaintiffs in their notice of appeal are deemed abandoned (*see Beatty v Williams*, 227 AD2d 912, 912 [1996]; *Ciesinski v Town of Aurora*, 202 AD2d 984, 984 [1994]). Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.